IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEALTH CARE SERVICE CORPORATION, | § | |
| Plaintiffs, | § | |
| | § | Civ. Act. No. 2:10-cv-221 |
| v. | § | |
| | § | |
| PFIZER, INC., et al., | § | |
| Defendants. | | |

## FINAL JUDGMENT

By contemporaneous Order, the Court has granted Defendants' Motion to Dismiss Amended Complaint (Dkt. No. 36). The Court therefore hereby enters judgment for Defendants and against Plaintiff in the above-captioned case. This case is hereby **DISMISSED WITH PREJUDICE.** Any pending motions not expressly granted are hereby **DENIED**. This is a final judgment and is appealable.

**IT IS SO ORDERED.**

SIGNED this 28th day of June, 2012.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE